# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**FILED**
Mar 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION**             MDL No. 2924

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −5)

On February 6, 2020, the Panel transferred 12 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 86 additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Robin L. Rosenberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Rosenberg.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of February 6, 2020, and, with the consent of that court, assigned to the Honorable Robin L. Rosenberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By *Maria Cruz*
Deputy Clerk
Date **Mar 18, 2020**

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ZANTAC (RANITIDINE) PRODUCTS
LIABILITY LITIGATION    MDL No. 2924

SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 20−00153 | Day v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| ALABAMA NORTHERN | | | |
| ALN | 1 | 20−00284 | Griffith v. Boehringer Ingelheim Pharmaceuticals Inc et al |
| ALN | 2 | 20−00282 | Cagle v. Boehringer Ingelheim Pharmaceuticals Inc et al |
| ALN | 4 | 20−00283 | Walker v. Boehringer Ingelheim Pharmaceuticals Inc et al |
| ALN | 5 | 20−00280 | Glasscock v. Boehringer Ingelheim Pharmaceuticals Inc et al |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 20−00114 | Kidd v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| ALS | 2 | 20−00115 | Martin v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 20−00425 | Faltersack v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 20−00384 | Barnette v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 20−03586 | MITCHELL v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC et al |
| GEORGIA MIDDLE | | | |

| | | | |
|---|---|---|---|
| GAM | 5 | 20−00081 | BRANTLEY v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC et al |
| GAM | 5 | 20−00082 | IANNUZZI v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC et al |
| GAM | 5 | 20−00084 | SIMMONS v. BOEHRINGER INGELHEIM PHARMACEUTICALS INC et al |

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 2 | 20−00056 | Serviss v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 5 | 20−00086 | Sherbet v. Boehringer Ingelheim Pharmaceuticals, Inc. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 20−00037 | McCandless v. Boehringer Ingelheim Pharmaceuticals, Inc. et al (JRG2) |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 20−02141 | Allen v. Boehringer Ingelheim Pharmaceuticals, Inc., et al. |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 6 | 20−00010 | Cook v. Boehringer Ingelheim Pharmaceuticals, Inc et al |